UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED
*February 07, 2023*
Nathan Ochsner, Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| v. | § | CRIMINAL NO. L-23-CR-69 |
| **INGRID NAYELI MUNOZ** | § | MGM |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNTS ONE - FOUR

On or about noted date, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**INGRID NAYELI MUNOZ,**

in connection with the acquisition of one and more of the firearms from the noted licensed firearms dealer, within the meaning of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious oral and written statement to the noted licensed firearms dealer, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such acquisition of the said firearm(s) to the Defendant under Chapter 44 of Title 18, in that **INGRID NAYELI MUNOZ** represented on a ATF Form 4473 that she was the actual buyer of the firearm(s) listed on the Form 4473, when in fact as **INGRID NAYELI MUNOZ** knew, she was not the actual buyer of the firearm(s),

| COUNT | DATE | MAKE & MODEL | CALIBER | SERIAL NUMBER | LICENSED FIREARM DEALER |
| --- | --- | --- | --- | --- | --- |
| ONE | October 21, 2021 | Century Arms, VSKA rifle | 7.62x39 mm | SV7093197 | CCCF Tactical LLC |

| | | | | | |
|---|---|---|---|---|---|
| TWO | October 27, 2021 | Radical Firearms LLC, RF-15 rifle | 5.56 NATO | UT-02047 | PT Armory LLC |
| TWO | October 27, 2021 | Unbranded AR, UAR-C rifle | .223 caliber | UT-02047 | PT Armory LLC |
| THREE | May 24, 2022 | Century Arms, VSKA rifle | 7.62x39mm | SV7107463 | PT Armory LLC |
| FOUR | June 8, 2022 | Sig Sauer, M400 rifle | 5.56mm | 20L155118 | RAK Armory |
| FOUR | June 8, 2022 | Israel Weapon Industries-IWI, z15 rifle | 5.56mm | Z0010739 | RAK Armory |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and Section 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
Michael Makens
Assistant United States Attorney

(Rev. 6-1-71)

| | | |
|---|---|---|
| | **CRIMINAL DOCKET** | **L-23-CR-69** |
| __LAREDO__ DIVISION | | NO._____ |
| FILE: 23-00341 | MAG#: 23-00051 | Judge: **MGM** |
| <u>INDICTMENT</u> | Filed: <u>February 7, 2023</u> | |

ATTORNEYS:

UNITED STATES OF AMERICA

VS.   <u>ALAMDAR S. HAMDANI, USA</u>
      <u>MICHAEL MAKENS, AUSA</u>

**INGRID NAYELI MUNOZ**

**CHARGE:**
Counts 1-4:   False statements during purchase of a firearm [18 USC 922(a)(6), & 18 USC 2]

**TOTAL COUNTS: 4**

**PENALTY:**
Counts 1-4:   0-10 years of imprisonment, and/or a $250,000 fine, $100 Special Assessment, not more than a 3-year term of Supervised Release [per count]